

United States District Court
Southern District of Texas
ENTERED

DEC 2 3 2005

Michael N. Milby, Clerk
Laredo Division

United States Magistrate Court
Southern District of Texas
FILED

DEC 2 2 2005

AAF
Michael N. Milby, Clerk
Laredo Division

**Date:** December 21, 2005

**From:** Julio Taboada
U.S. Pretrial Services Officer

**To:** Adriana Arce-Flores
U.S. Magistrate Judge

**Subject:** Francisco Maldonado-Reyes, Dkt: L-05-MJ-2866-99
Material Witness

L-05-cr-2630

**Re:** Eduardo Javier Garza, et al Dkt: L-05-MJ-2866-01

---

Francisco Maldonado-Reyes has been held as a material witness in the case of Eduardo Javier Garza, et al since November 18, 2005.

Pretrial Services was contacted by Eva C. Cifuentes who stated she would be willing to co-sign on the material witness' bond. Ms. Cifuentes has been a resident alien for fifteen years and is the friend of the material witness. Ms. Cifuentes informed she has resided in Los Angeles, California for the past fifteen years.

P:\Taboada\MatWit.MALDONADO-reyes,francisco.MEMO
Last updated: December 21, 2005

Pretrial Services recommends the following to assure the proper supervision of this material witness:

    1. A $5,000 unsecured bond, requiring a co-surety
        Co-surety:    Eva C. Cifuentes



**Page 2**
**Material Witness- Francisco Maldonado-Reyes**

    2. Immediate placement of the material witness in a halfway house in Laredo, Texas, upon his release from custody.

    3. Once documentation is secured with Immigration and Naturalization Services, the material witness is to reside with Eva C. Cifuentes and obtain employment until the case of the principal has been disposed.

The Court   **does (concur)**   **does not concur**   with the recommendation.

_____           12-22-05
Adriana Arce-Flores                         Date
U.S. Magistrate Judge

jt

P:\Taboada\MatWit.MALDONADO-reyes,francisco.MEMO
Last updated: December 21, 2005